# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA JEAN RUMMERFIELD, | Case No. 1:21-cv-00835-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | |

Lora Jean Rummerfield ("Plaintiff") filed a complaint on May 24, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. The Court shall order that the complaint in this action be served and the matter will be stayed once service has been effected on the defendant. Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

///

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons; and

3.      The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:    **May 24, 2021**

UNITED STATES MAGISTRATE JUDGE