# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA JEAN RUMMERFIELD,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:21-cv-00835-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 16) |

On December 11, 2021, a stipulation was filed to extend the time for Plaintiff to file an opening brief by a period of sixty (60) days. (ECF No. 16.) The Court finds good cause to grant the stipulated request based on counsel's proffered extraordinary workload.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **February 18, 2022**;

2. Defendant's opposition brief shall be filed on or before **March 21, 2022**; and

3. Plaintiff's reply, if any, shall be filed on or before **April 5, 2022**.

IT IS SO ORDERED.

Dated:   **December 14, 2021**

UNITED STATES MAGISTRATE JUDGE

1