# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA JEAN RUMMERFIELD, | Case No.  1: 21-cv-00835-SAB |
| Plaintiff, | ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE |
| v. | (ECF No. 19) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 18, 2022, the parties filed a stipulation requesting the deadline for Defendant to file an opposition brief be extended by a period of thirty (30) days.  (ECF No. 20.)  The Court finds good cause to grant the thirty (30) day extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to file Defendant's opposition brief is extended by thirty (30) days.

IT IS SO ORDERED.

Dated:   **March 21, 2022**

UNITED STATES MAGISTRATE JUDGE

1