# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA JEAN RUMMERFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00835-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 24) |

Lora Jean Rummerfield ("Plaintiff") filed the complaint in this action on May 24, 2021. (ECF No. 1.) On April 21, 2022, pursuant to the parties' stipulation, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 22, 23.) On July 15, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $6,800.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 24.)

///
///
///
///
///
///

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $6,800.00.

IT IS SO ORDERED.

Dated: **July 16, 2022**

UNITED STATES MAGISTRATE JUDGE